REC'D SEP 05 2023



# UNITED STATES DISTRICT COURT

for the

__________ District of __________

__________ Division

Ryan D Drexler
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wright Co Jail
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ryan Drexler
All other names by which you have been known: 1213664
ID Number:
Current Institution: Shannon CO
Address: P.O. Box 880
Emenence (City) MO (State) 65466 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Officer Forman
Job or Title *(if known)*: Bailef
Shield Number:
Employer: Wright Co. Jail
Address:
Heartvile (City) MO (State) (Zip Code)
☐ Individual capacity ☑ Official capacity

Defendant No. 2
Name:
Job or Title *(if known)*: Nurse and Medical staff
Shield Number:
Employer: Wright Co. Jail
Address:
Heartvile (City) MO (State) (Zip Code)
☐ Individual capacity ☑ Official capacity

Defendant No. 3

| | |
|---|---|
| Name | Donnie |
| Job or Title *(if known)* | One of Jail Administrators |
| Shield Number | |
| Employer | Wright Co Jail |
| Address | |
| | Heartville (City) MO (State) (Zip Code) |

☐ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | (City) (State) (Zip Code) |

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denied medical care

14th Amendment Physically and verbally abused

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? ~~——~~

USCA 42 1983§

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

When they placed me on suicide watch I told them I had go to the drunk tank and they assulted by the Wright Co. Jail Staff* Mr. Foreman pushed my face into the floor and Jammed his knees in my back, face is numb

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* __________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Wright Co Jail, July 31 to Aug 7th

C. What date and approximate time did the events giving rise to your claim(s) occur?

On or about the first week I was incarserated in wright Co.
July 31 – Aug 5th

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was taken to wright Co. to be held because Shannon Co was full and ~~[illegible]~~ wright Co put me in Segragation with no Access to any toilet or phone and I thought they were leaving me in there, so I started asking questions so they took my matt and my clothes gave me a peded suit told me to chill out then when I kept asking why I was being done like that, Mr. foreman said Cuff up: and he threw me in the drunk tank without the proper cleaning and threw me on the ground smashing my face into the nasty pads and jumped his knees into my back. Another Male officer was involved forgot name though Ms. Donnie and the cameras.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1) Pain and suffering
(2) emotional distress
(3) Verbal abuse
(4) Physical abuse
(5) Mental anguish
(6) ptsd ~~[illegible]~~ since event
(7) infection in leg due to lack of treatment
(8). facial numbness
Broken Cheek Bone, ???
Pinched nerve ???

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Officer forman 250,000 - abuse | ~~[illegible]~~ assault
Nurse and medical staff ~~[illegible]~~ 500,000 - failure to treat my injuries
Donnie (Jail admin.) (at the time of event) 250,000 abuse | ~~[illegible]~~ assault
~~[illegible]~~ Wright Co Jail & Sheriff's Dept 4,000,000 - {Pain & suffering, emotional distress}

Total Requested $5,000,000

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

wright Co Jail, wright Co missouri

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Shannon Co Jail, Dent co Jail, Wright co Jail

2. What did you claim in your grievance?

   lack of medical treatment / abuse / assault

3. What was the result, if any?

   They failed to answer or avoided claim

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   They said no appeal was available to me

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

They frequently throw away forms and laugh when Inmates request such things as grievance forms

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

(1) Nurse
(2) Donnie
(3) all fellow inmates in "D" wing
(4) Dent co Jail staff and administration

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I informed Dent co Jail staff and Shannon co Jail staff. I also filed a grievance in Dent Co. about treatment in Wright County

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

- [ ] Yes
- [x] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ____________________

   Defendant(s) ____________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ____________________

3. Docket or index number

   ____________________

4. Name of Judge assigned to your case

   ____________________

5. Approximate date of filing lawsuit

   ____________________

6. Is the case still pending?

   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ____________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? no

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __________

   Defendant(s) __________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __________

3. Docket or index number

   __________

4. Name of Judge assigned to your case

   __________

5. Approximate date of filing lawsuit

   __________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition __________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-23-23

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Ryan Drexler

Prison Identification #: 016967

Prison Address: 204 S 5th Street

Salem (*City*) MO (*State*) 65560 (*Zip Code*)

### B. For Attorneys

Date of signing: ______ Pro Se

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Address ______

*City* ______ *State* ______ *Zip Code* ______

Telephone Number ______

E-mail Address ______

Ryan Drexler
Dent Co Jail
204 E 5TH Street
Salem, MO
65560

Pris Pro Se

REC'D SEP 05 2023

US FEDERAL COURTHOUSE
ATTN COURT CLERK
222 SOUTH JOHN Q HAMMONDS PRKWY
#1400
Springfield, MO 65806

SPRINGFIELD
AUG 30 2023