**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| RYAN DREXLER,<br><br>Plaintiff,<br><br>vs.<br><br>FORMAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-03296-CV-S-BP-P |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On October 3, 2023, this Court ordered Plaintiff to pay an initial partial filing fee of $36.74 and file a superseding amended complaint to cure various deficiencies in his original complaint. Doc. 4. Plaintiff was given until October 24, 2023, to comply and was warned that failure to comply with either directive would result in dismissal of this case without further notice. *Id*. Nevertheless, as of the date of this Order, Plaintiff has neither paid the initial partial filing fee nor filed a superseding complaint and has not submitted any further pleadings in this case.

Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Orders. Any motion to reopen must be filed within a reasonable time and must be accompanied by a $36.74 initial partial filing fee and superseding amended complaint, as previously ordered.

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dated: November 2, 2023.