# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

## JUDGMENT IN A CIVIL CASE

RYAN DREXLER,

Plaintiff,

v. Case No. 23-cv-03296-BP-P

FORMAN, et al.,

Defendants.

O **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: This case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Orders. Any motion to reopen must be filed within a reasonable time and must be accompanied by a $36.74 initial partial filing fee and superseding amended complaint.

Entered on: November 2, 2023.

PAIGE WYMORE-WYNN
CLERK OF COURT

/s/ K. Willis
(By) Deputy Clerk